IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>Plaintiff | )<br>)<br>)<br>)<br>) | Case No: 25 CR 648<br><br>Judge: Maria Valdez |
| Whit'Lee Laurie Amari Miller<br>Defendant | )<br>) | |

**ORDER**

Initial appearance on a removal proceeding held on 10/8/25 as to defendant Whit'Lee Laurie Amari Miller. Wesley Morrissette appeared on behalf of the Government. Daniel J. Hesler was appointed by the court to represent the defendant. Shawn Smitherman appeared on behalf of the Pretrial Services Department. The defendant appeared in response to the arrest on The Government advised the defendant of the charges pending against her and the maximum penalties. Defendant was advised of her rights. The Government seeks to detain the defendant based on Being a risk of non-appearance and a danger to the community. By agreement, detention hearing is set for 10/10/25 at 10:30 a.m. in Courtroom 1743. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The court requests that the defendant receive a medical evaluation as soon as practicable for her reported pregnancy condition. Defendant is to remain in U.S. Marshal custody.

(T:00:15)

Date: October 8, 2025

_____
Magistrate Judge Maria Valdez